IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:13-cr-00033-TLN |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| JACKIE LESTER SHOULTS, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Dina Santos to represent the above defendant in this case effective *nunc pro tunc* to February 27, 2020.

This appointment shall remain in effect until further order of this court.

DATED: 3/2/2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL          1