FILED
April 9, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACKIE LESTER SHOULTS,<br><br>    Defendant. | Case Nos.<br>2:13-CR-00169-TLN and 2:13-CR-00033-TLN,<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JACKIE LESTER SHOULTS, Case Nos. 2:13-CR-00169-TLN and 2:13-CR-00033-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

        ____ Unsecured Appearance Bond $ _____

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

      X   (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on April 9, 2020 at 10:10 AM.

By: _____
District Judge Troy L. Nunley